A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES A. REED,<br><br>             Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Delaware corporation d/b/a Wal-Mart Supercenter store #4356; MADALINE M. CASILLAS: DOES I through X; and ROE ENTITIES I through X,<br><br>             Defendants. | Case No.: 2:14-cv-00850-APG-PAL<br><br>[Clark County Case No.: A-14-699331-C, Dept. No.: XVI]<br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

   COME NOW, DEFENDANT WAL-MART STORES, INC. ("Walmart"), by and through its attorney of record, A. J. SHARP, ESQ., of the law offices of PHILLIPS, SPALLAS & ANGSTADT, LLC, and Plaintiff CHARLES A. REED ("Plaintiff), by and through his attorney of record, DAVID A. TANNER, ESQ. of the TANNER LAW FIRM, do hereby stipulate, subject to this Court's approval, to remand this matter to state court without prejudice.

//

//

//

//

//

//

- 1 -

The parties further stipulate, subject to this Court's approval, that Plaintiff's pending Motion To Remand and Motion To Stay Discovery would be mooted by this Court's granting of this Stipulation. Walmart reserves the right to remove this case to federal court pursuant to 28 United States Code Sections 1332(a), 1446(b)(3), and 1446(c)(1).

DATED this 23rd day of June, 2014.                    DATED this 23rd day of June, 2014.

**TANNER LAW FIRM**                                   **PHILLIPS, SPALLAS & ANGSTADT**

*/s/* David A. Tanner                                 */s/* A. J. Sharp

David A. Tanner, Esq.                                 A. J. Sharp, Esq.
8635 South Eastern Avenue                             504 South Ninth Street
Las Vegas, Nevada 89123                               Las Vegas, Nevada 89101

*Attorneys for Plaintiff*                             *Attorneys for Defendant*
*Charles A. Reed*                                     *Wal-Mart Stores, Inc.*

### ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2014.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully submitted by:
**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ A. J. Sharp

A. J. Sharp, Esq.
Nevada Bar No. 11457
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

- 2 -